# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Case No. | 2:20-cv-10069-WDK-JC | Date | June 1, 2022 |
|---|---|---|---|
| Title | G and G Closed Circuit Events, LLC v. Mohamed Ali Salame et al | | |

| Present | The Honorable William D. Keller, United States District Judge |
|---|---|

| Patricia Gomez | None |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **(In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

　　It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently.  The file in this case lacks the papers that show it is being timely prosecuted, as reflected below.  Accordingly, the Court, on its own motion, hereby orders plaintiff to show cause in writing no later than **July 1, 2022**, why this action should not be dismissed for lack of prosecution.

　　As an alternative to a written response by plaintiff, the Court will accept the **filing of an appropriate motion**, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently.  No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date a response by plaintiff is due.

**<u>Plaintiff is to serve notice of this Order on all parties in this action</u>**.

:

Initials of Preparer　　PG