Thomas P. Riley, SBN 194706                                          JS-6
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
*G & G Closed Circuit Events, LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| G & G Closed Circuit Events, LLC, | CASE NO. 2:20-cv-10069-WDK-JCx |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MOHAMED ALI SALAME AND RAZOR STUDIO, INC. [47] |
| vs. | |
| Mohamed Ali Salame, et al. | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants Mohamed Ali Salame and Razor Studio, Inc. that the above-entitled action is hereby dismissed **with prejudice** against Mohamed Ali Salame and Razor Studio, Inc.

///

**ORDER GRANTING STIPULATION OF DISMISSAL   Case No. 2:20-cv-10069-WDK-JC**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

*[signature]*

Dated: 09/22/2023

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

**ORDER GRANTING STIPULATION OF DISMISSAL  Case No. 2:20-cv-10069-WDK-JC**
**PAGE 2**